ACCEPTED
14-15-01007-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 2:25:29 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 1062929

| | | |
|---|---|---|
| **GEORGE MOLL and ELLEN DIANA MOLL,** | § | **IN THE COUNTY COURT AT LAW** |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **VS.** | § | **NO. 4** |
| | § | |
| **THE TEXAS DEPARTMENT OF** | § | |
| **MOTOR VEHICLES,** | § | |
| *Defendant.* | § | **HARRIS COUNTY, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 2:25:29 PM
CHRISTOPHER A. PRINE
Clerk

### Notice of Appeal

This Notice of Appeal is filed by George Moll and Ellen Diana Moll, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on October 30, 2015.

3. Plaintiffs desire to appeal from all portions of the judgment.

4. This appeal is being taken to either the First or Fourteenth Court of Appeals.

5. This notice is being filed by George Moll and Ellen Diana Moll.

Respectfully submitted,

JASON KERCHEVAL
Attorney at Law
State Bar No.: 24072796
24 Waterway Avenue, Suite 660
The Woodlands, Texas 77380
Office: (713) 862-7766
Cell: (713) 397-2757
Fax: (832) 813-0321
E-mail: jtkercheval@kerchevallawfirm.com

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: TEXAS DEPARTMENT OF MOTOR VEHICLES

Lead attorney: Dennis M. McKinney

Address of service: Office of the Attorney General of Texas, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548

Method of service: by fax to (512) 320-0167

Date of service: November 30, 2015

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure.

Jason Kercheval
Attorney for Petitioner